Stephen H. Buckley, OSB #80178
sbuckley@brownsteinrask.com
Cary R. Cadonau, OSB #00224
ccadonau@brownsteinrask.com
BROWNSTEIN | RASK
1200 S.W. Main Street
Portland, Oregon 97205
Telephone: (503) 221-1772
Fax: (503) 221-1074
    Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, et al., | Civil No. 3:13-cv-935-BR |
| Plaintiffs, | **STIPULATED JUDGMENT** |
| v. | |
| K'LEB O. SHIVVERS and BETHANY V. SHIVVERS, fdba K & B Interior Woodwork, | |
| Defendants. | |

BASED UPON the parties' stipulations as evidenced by their signatures below, now therefore,

IT IS HEREBY ADJUDGED AND ORDERED AS FOLLOWS:

1.    Defendants, jointly and severally, shall pay the following amounts to Plaintiffs: $49,099.50 in fringe benefits contributions and union dues; $9,087.15 in liquidated damages; $38,685.09 in interest calculated through August 20, 2012, with interest continuing to accrue on

Page 1 - **STIPULATED JUDGMENT**

the sum of the unpaid fringe benefit contributions ($45,435.70) at the rate of 12% per annum from August 21, 2012, through entry of judgment, and interest continuing to accrue on the unpaid union dues ($3,663.80) at the rate of 9% per annum from August 21, 2012, through entry of judgment; $2,354.71 in payroll examination fees; and $1,000.00 in attorney fees and court costs.

2. Plaintiffs shall retain the right to conduct a future payroll examination of Defendants' books and records (for a time period other than July 1, 2004 through June 30, 2008) in order to ensure that all required fringe benefit contributions and union dues have been paid; and further, in the event the payroll examination reveals that delinquent fringe benefit contributions and/or dues are owed, Plaintiffs shall have the right to institute legal proceedings against Defendants to recover the delinquent fringe benefit contributions and/or union dues found due and owing pursuant to the payroll examination report, together with liquidated damages, interest, payroll examination fees, attorneys' fees and court costs.

ORDERED AND ADJUDGED this 25th day of July 2013.

_____
Hon. Anna J. Brown
U.S. District Court Judge

SO STIPULATED:

_____  7-19-13
K'leb Shivvers           Date

_____  7-19-13
Bethany Shivvers         Date

Brownstein | Rask

_____
Cary Cadonau, OSB #00224
Attorney for Plaintiffs

Page 2 - **STIPULATED JUDGMENT**